BOOKER T. EVANS, JR. (Bar No. 1209)
ERIC W. SWANIS (Bar No. 6840)
LUIS A. AYON (Bar No. 9752)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Defendant
LITTON LOAN SERVICING LP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERARDO RIOS-PACHECO,<br><br>Plaintiff,<br><br>v.<br><br>OWNIT MORTGAGE SOLUTIONS, INC., LITTON LOAN SERVICING, LP, NATIONAL DEFAULT SERVICING CORP., and DOES I-X inclusive,<br><br>Defendants. | Case No. 2:09-cv-00333-RCJ-LRL<br><br>**NOTICE OF NON-OPPOSITION TO LITTON LOAN SERVICING, L.P'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant, LITTON LOAN SERVICING, L.P. ("Defendant"), by and through its counsel of record, GREENBERG TRAURIG, LLP, hereby files this notice of non-opposition.

On June 22, 2009, Defendants filed Litton Loan Servicing, LP's Motion to Dismiss Or, In the Alternative, Motion for Judgment on the Pleadings ("Motion"). The deadline for Plaintiff to file an opposition to Defendants' Motion was July 10, 2009. The deadline has passed with no opposition being filed.

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 3

LV 418,903,734v1 8-19-09

If an opposition is not timely filed and served, it shall "constitute a consent to the granting of the motion." (Local Rule 7-2 (d)). The Local Rule for the United States District Court for the District of Nevada states:

(a) All motions, unless made during a hearing or trial, shall be in writing and served on all other parties who have appeared. The motion shall be supported by a memorandum of points and authorities.

(b) Unless otherwise ordered by the court, points and authorities in response shall be filed and served and filed by an opposing party fifteen (15) days after service of the motion.

(c) Unless otherwise ordered by the court, reply points and authorities shall be filed and served by the moving party eleven (11) days after service of the response.

(d) The failure of a moving party to file a points and authorities in support of the motion shall constitute a consent to the denial of the motion. The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

(Local Rule 7-2). Plaintiffs have failed to file their points and authorities in response to Defendants' Motion pursuant to LR 7-2(d). This failure constitutes a consent to the granting of Defendants' Motion. On this basis, Defendants' Motion to Dismiss Or, In the Alternative, Motion for Judgment on the Pleadings must be granted.

DATED this 19th day of August, 2009.

GREENBERG TRAURIG, LLP

/s/ Luis A. Ayon
BOOKER T. EVANS, JR. (Bar No. 1209)
ERIC W. SWANIS (Bar No. 6840)
LUIS A. AYON (Bar No. 9752)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 418,903,734v1 8-19-09

## CERTIFICATE OF SERVICE

I do hereby certify that on the 19th day of August, 2009, I served a copy of the foregoing **NOTICE OF NON-OPPOSITION TO LITTON LOAN SERVICING, LP'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS** by depositing a true and correct copy of the same, enclosed in a sealed envelope upon which first class postage was fully prepared, in the U.S. Mail at Las Vegas, addressed as follows:

Gerardo Rios-Pacheco
21 Laswell Street
Henderson, Nevada 89015
*Pro Se Plaintiff*

/s/ Charity Barber
An Employee of Greenberg Traurig, LLP

LV 418,903,734v1 8-19-09